UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT CLAY, JR.,

    Plaintiff,

v.

GREENDALE SCHOOL DISTRICT, KIMBERLY AMIDZICH, and JULIE GROTOPHORST,

    Defendants.

NOTICE OF APPEAL

Case No. 21-CV-66-JPS

---

Notice is given that the Plaintiff, Robert Clay, Jr., appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on May 6, 2022.

Dated and signed this 3rd day of June, 2022, New Berlin, Wisconsin.

*/s/ Nicholas O. Yurk*
Nicholas O. Yurk, Bar Number: 1095278
Attorneys for Plaintiff
Alan C. Olson & Associates, S.C.
2880 S. Moorland Rd.
New Berlin, WI 53151
Telephone: (262) 785-9606
Fax: (262) 785-1324
Email: NYurk@Employee-Advocates.com